WO

FILED ___ LODGED
___ RECEIVED ___ COPY

SEP 2 1 2007

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>      Plaintiff,<br><br>vs.<br><br>Carlos Paul Ramirez-Duarte,<br><br>      Defendant. | 99-5390M<br><br>**ORDER** |

The Court has received and considered the Government's Motion to Dismiss (docket #2) and good cause appearing,

**IT IS ORDERED dismissing** the Complaint in this case without prejudice and **quashing** any outstanding warrants.

DATED this 21st day of September, 2007.

*/s/ Lawrence O. Anderson*
Lawrence O. Anderson
United States Magistrate Judge

RECEIVED
US MARSHALS SERVICE
DIST-AZ PHOENIX
2007 SEP 21 PM 4:44